No. 4228.—Municipio de San Juan, apldo., v. Rodríguez, aplte.— C. D. San Juan. Nov. 9, 1928.

Por cuanto contestada la demanda en este caso y señalado día para el juicio, la corte, a instancia del demandante, lo tuvo por desistido de su acción con imposición de las costas pero sin honorarios de abogado;

Por cuanto de esa sentencia apeló el demandado alegando como único error contra ella el haber abusado la corte inferior de su poder discrecional al no haber condenado al demandante a pagar también los honorarios del abogado del demandado;

Por cuanto no habiéndose practicado prueba con respecto a las alegaciones contradictorias de las partes no podemos tomar como base las del demandado en su contestación, como hace el apelante, para llegar a la conclusión de que la demanda era enteramente viciosa y que por esto fué error el no im-

poner al apelado el pago de honorarios de abogado, tanto más cuanto que la corte sentenciadora decidió resolviendo excepciones previas que la demanda aducía hechos determinantes de causa de acción;

POR TANTO, no habiéndose demostrado la existencia del error alegado, debemos confirmar y confirmamos la sentencia apelada.